FRED A. MAXWELL, Appellant, v. ROYAL INSURANCE COMPANY, LIMITED, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, upon the ground that the burden of proving that the building in question was vacant or unoccupied rested upon respondent (*Perretta v. St. Paul Fire & Marine Ins. Co.*, 106 Misc. 91; affd., 188 App. Div. 983), and upon the record that question was fairly one of fact for the jury. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRED A. MAXWELL, Appellant, v. JEFFERSON COUNTY PATRONS' FIRE RELIEF ASSOCIATION, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

DAWN W. SCHUYLER, Respondent, v. MAUDE BLAIR NOTTINGHAM, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of the METROPOLITAN LAND AND INVESTMENT COMPANY for an Order of Certiorari against THE TOWN BOARD OF TONAWANDA, ERIE COUNTY, NEW YORK.— Order of certiorari dismissed and determination of town board of Tonawanda confirmed, with fifty dollars costs and disbursements to respondent. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTOINETTE WALL, Respondent, v. VILLAGE OF ALBION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Judicial Construction of the Last Will and Testament of GEORGE J. GILLIES, Deceased.— Decree so far as appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CHARLES M. VOUGHT, Respondent, v. THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of LLEWELYN H. McLUEN, as Overseer of the Poor of the Town of Covert, Seneca County, New York, against JOHN FRANCIS TYNAN, Appellant. — Final order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GUIDO FIORVANTI, Respondent, v. HARLOW E. KELSEY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.